**LUBIN & ENOCH, P.C.**
Nicholas J. Enoch
Arizona Bar No. 016473
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email:  nick@lubinandenoch.com

**ANDERSON ALEXANDER, PLLC**
Austin W. Anderson *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
Email: austin@a2xlaw.com
Clif Alexander *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
Email: clif@a2xlaw.com
819 North Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Fax: (361) 452-1284

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymundo James Daily, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Compass Pact 3, LLC d/b/a Riliberto's A Domestic Limited Liability Company, Mitaben Patel, and Dhruv Patel <br><br> Defendants. | No. 4:22-CV-00020-JAS <br><br> PLAINTIFF'S UNOPPOSED MOTION FOR APPOVAL OF FLSA SETTLEMENT |

**TO THE HONORABLE JAMES A. SOTO:**

Plaintiff, Raymundo James Daily, files this Unopposed Motion for Approval of FLSA Settlement. Plaintiff respectfully moves this Court to approve the Confidential Settlement Agreement and Release ("Agreement") between the Parties. A copy of the Agreement is attached hereto as Exhibit A. Defendants, Compass Pact 3, LLC d/b/a Riliberto's, Mitaben Patel, and Dhruv Patel (collectively, "Defendants"), do not oppose this motion.

DATED this 28th day of October, 2022.

                                              LUBIN & ENOCH, P.C.
                                              ANDERSON ALEXANDER, PLLC

                                        By:    */s/ Clif Alexander*
                                                       Clif Alexander

                                               Attorneys for Plaintiff

## **CERTIFICATE OF CONFERENCE**

Counsel certifies that they have conferred with Defendants' Counsel and Defendant is unopposed to the filing of this Motion and the relief requested herein.

*/s/ Clif Alexander*
Clif Alexander

## **CERTIFICATE OF SERVICE**

I hereby certify that on the October 28, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing.

*/s/ Frances Lopez*
Frances Lopez