**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Raymundo James Daily, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>Compass Pact 3, LLC d/b/a Riliberto's<br>A Domestic Limited Liability Company, Mitaben Patel, and Dhruv Patel<br><br>     Defendants. | No. 4:22-CV-00020-JAS<br><br>ORDER GRANTING MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE |

  The Court, having reviewed the Plaintiff's Unopposed Motion for Approval of FLSA Settlement (the "Motion"), and good cause appearing hereby GRANTS the Motion. The settlement is approved as fair and reasonable, and this matter is dismissed with prejudice. The Clerk of the Court shall enter judgment and close the file in this case.

  Dated this 2nd day of November, 2022.

                     Honorable James A. Soto
                     United States District Judge